IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) 2:19-cr-8-NR-46 |
| CHRISTOPHER THREET, | ) |
| Defendant. | ) |

## TENTATIVE FINDINGS

The Court has received and reviewed the plea agreement, Presentence Report ("PSR"), the Addendum thereto, and all sentencing memoranda that have been filed by the parties. Based on the Court's consideration of those matters, and given the lack of objections by either party, the Court tentatively finds and concludes that it will adopt the findings and conclusions of the PSR relative to sentencing, including its calculation of the Advisory Sentencing Guidelines.

Mr. Threet has been detained since his arrest, and so the Court tentatively finds that he is not a candidate for voluntary surrender based on the provisions of 18 U.S.C. § 3143(a)(2).

Finally, the Court tentatively concludes that the sentence in this case will not include a term of supervised release.

DATED this 14th day of July, 2020.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge